1

2

Thomas P. Cartmell, 45366
3   Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
4   Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
5   Kansas City, MO 64112
Phone: 816-701-1100
6   Facsimile: 816-531-2372
Attorneys for Plaintiffs, Benny Brookins, Jr., Gary Gower, Mae Hummel, Rick Nail, and Bonnie
7   Young

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11

12

| | | |
|---|---|---|
13   | | ) | Case Specific Number 06-0461 |
    | IN RE: BEXTRA AND CELEBREX | ) | |
14  | MARKETING SALES PRACTICES AND | ) | **MDL NO. 1699** |
    | PRODUCT LIABILITY LITIGATION | ) | **District Judge: Charles R. Breyer** |
15  | | ) | |

16   Benny Brookins, Jr.,
Gary Gower,
17   Mae Hummel,                              ) **STIPULATION AND ORDER OF**
Rick Nail, and                           ) **DISMISSAL WITH PREJUDICE**
18   Bonnie Young
Plaintiffs,
19

vs.
20

Pfizer, Inc., et al.
21                                  Defendants.

22

23       Come now the Plaintiff, (GARY GOWER) and Defendants, by and through the

24   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

25   stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

26   fees and costs.

DATED: February 20, 2009
27

28
                                  By:

                                        Attorneys for Plaintiffs
                                                -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2    DATED: <u>April 27</u>, 2009    DLA PIPER US LLP

3

4    By:_____
                Michelle Sadowsky

5                Attorneys for Defendants

6

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

9

10    Dated: APR 3 0 2009

11    Hon. Charles R. Breyer
      United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**