1

2
    Thomas P. Cartmell, 45366
3   Thomas J. Preuss, 54923
    Christopher L. Schnieders 57725
4   Wagstaff & Cartmell LLP
    4740 Grand Avenue, Suite 300
5   Kansas City, MO 64112
    Phone: 816-701-1100
6   Facsimile: 816-531-2372
    Attorneys for Plaintiffs, Benny Brookins, Jr., Gary Gower, Mae Hummel, Rick Nail, and Bonnie
7   Young

8

9                           UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11

12

13   _____  )               Case Specific Number  06-0461
                                          )
     IN RE: BEXTRA AND CELEBREX           )
14   MARKETING SALES PRACTICES AND        )               MDL NO. 1699
     PRODUCT LIABILITY LITIGATION         )               District Judge:  Charles R. Breyer
15   _____  )
                                          )
16   Benny Brookins, Jr.,                 )
     Gary Gower,                          )
17   Mae Hummel,                          )               STIPULATION AND ORDER OF
     Rick Nail, and                       )               DISMISSAL WITH PREJUDICE
18   Bonnie Young                         )
                            Plaintiffs,   )
19                                        )
                                          )
20                      vs.               )
                                          )
21   Pfizer, Inc., et al.                 )
                            Defendants.   )
     _____
22

23        Come now the Plaintiff, (RICK NAIL) and Defendants, by and through the undersigned

24   attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

25   dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

26        DATED: February 20, 2009

27                                   By

28                                              Attorneys for Plaintiffs

                                          -1-

                    STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2      DATED: April 27, 2009          DLA PIPER US LLP

3                                     By:
4                                          Michelle Sadowsky
                                           Attorneys for Defendants
5

6

7
       **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
8      **IT IS SO ORDERED.**

9

10     Dated: APR 3 0 2009

11                                     Hon. Charles R. Breyer
                                       United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PHZR/1015954/6190655v 1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**